## Son Raines v. State.

### No. 2113. Decided December 4, 1912.

**Burglary—Notice of Appeal.**

A recitation at the close of the sentence that inasmuch as defendant had given notice of appeal the judgment would be suspended is not a sufficient entry of notice of appeal.

Appeal from the Criminal District Court of Dallas. Tried below before the Hon. Robt. B. Seay.

Appeal from a conviction of burglary; penalty, ten years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

DAVIDSON, PRESIDING JUDGE.—Appellant was convicted of burglary, his punishment being assessed at ten years confinement in the penitentiary.

This record is before us without a statement of facts, bills of exception, or motion for new trial. The record does not show that notice of appeal was given and entered in the court below. There is a recitation at the close of the sentence, that inasmuch as defendant

has given notice of appeal the judgment will be suspended, but under the decisions this is held not to be sufficient entry of notice of appeal. In any event, in the condition the record is presented, there is nothing the court can review, and the judgment would be affirmed if jurisdiction had attached, but because of want of notice of appeal as required by the statute the appeal is dismissed.

*Dismissed.*